# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| ALBERT MORISSETTE,                       | ) |                              |
| Plaintiff,                               | ) |                              |
| v.                                       | ) | Civil Action No. 14-10246-DJC |
| SUPERINTENDENT OF MCI CEDAR JUNCTION, et al., | ) |                        |
| Defendants.                              | ) |                              |

## ORDER

**CASPER, J.**                                                                September 24, 2014

On February 3, 2014, plaintiff Albert Morissette, a Boston resident who had been incarcerated by the Massachusetts Department of Correction, filed a civil rights complaint against the Superintendent of MCI Cedar Junction and the Office of the Commissioner of the Massachusetts Department of Correction.

By Procedural Order dated February 3, 2014, plaintiff's Motion for Leave to Proceed *in forma pauperis* was denied without prejudice. D. 4. Because the clerk failed to enter plaintiff's Boston address on the docket, the Procedural Order was mailed to a correctional institution and it was returned as undeliverable. D. 6. A letter from the Assistant Treasurer stated that plaintiff was released from custody on January 22, 2014. D. 7.

By Memorandum and Order dated August 7, 2014, the denial of plaintiff's motion for leave to proceed *in forma pauperis* was reversed and the Motion was granted. D. 8. The Memorandum and Order advised plaintiff that his complaint is subject to dismissal for failure to state a claim upon which relief can be granted. He was provided thirty-five days to file an amended complaint.

Plaintiff has not responded to the Court's Memorandum and Order and the time to do so has expired. The Memorandum and Order was not returned to the Court as undeliverable. See Docket. The fact that Plaintiff has not responded to the Court's Memorandum and Order suggests that he has

1

decided not to pursue this action. The Supreme Court has recognized that district courts have inherent power to dismiss cases for failure to prosecute. See Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962).

Accordingly, it is hereby ORDERED this action is DISMISSED without prejudice.

**SO ORDERED.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge